for failure to prosecute in accordance with the rules.

Clea B. EFTHIMIADIS, Petitioner,

v.

DEPARTMENT OF THE
ARMY, Respondent.

No. 04–3373.

United States Court of Appeals,
Federal Circuit.

Sept. 10, 2004.

Clea B. Efthimiadis, of Counsel, Brickell Law Center, L.L.C., Miami, FL, pro se.

Michael Dierberg, Principal Attorney, Bryant G. Snee, David M. Cohen, of Counsel, Washington, DC, for Respondent.

ORDER

Order Vacated, See 110 Fed.Appx. 891, 2004 WL 2287764.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.